United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 23-mc-80074-SK |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| META PLATFORMS INC., | |
| Defendant. | Regarding Docket No. 1 |

On March 13, 2023, eBay Inc. ("Petitioner") filed a motion for protective order or, alternatively, a motion to quash the subpoenas issued by the Federal Trade Commission and Meta Platforms Inc. ("Respondents"). (Dkt. No. 1.) Respondents may file an opposition to the motion to quash by no later than April 24, 2023. Petitioner may file a reply, if any, by no later than May 1, 2023. The Court HEREBY ORDERS Petitioner to serve a copy of this Order on Respondents by no later than March 31, 2023 and to file a proof of service by no later than April 4, 2023. The Court will set a hearing, if necessary, at a later date.

**IT IS SO ORDERED**.

Dated: March 21, 2023

_____
SALLIE KIM
United States Magistrate Judge