UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS INC.,<br><br>Defendant. | Case No. 23-mc-80074-JST<br><br>**ORDER GRANTING IN PART AND DENYING IN PART ADMINISTRATIVE MOTION SHORTEN TIME FOR HEARING ON EBAY'S MOTION TO QUASH AND META PLATFORM, INC.'S MOTION TO TRANSFER**<br><br>Re: ECF No. 21 |

Now before the Court is Meta Platforms Inc.'s administrative motion to shorten the time for hearing and disposition of eBay Inc.'s motion to quash and Meta's motion to transfer the motion to quash. ECF No. 21.

On March 30, 2023, the Court set a hearing on Meta's motion to transfer on June 22, 2023. ECF No. 19. Meta requests that the hearing on the motions be reset for a date no later than April 27, 2023 because "[a] hearing on the Motions on June 22, 2023 would seriously prejudice Meta, as it is a month after the close of fact discovery in the underlying action in D.D.C." ECF No. 21 at 3 (emphasis omitted). Meta also contends that eBay will not be prejudiced because it "has indicated that it takes no position on this relief, and has represented multiple times in meet-and-confers between the parties that eBay has a strong interest in resolving its involvement in the underlying action quickly." *Id.* at 3-4.

/ / /

/ / /

/ / /

/ / /

The Court grants Meta's request to shorten the time for hearing on the motion to quash and motion to transfer, but sets the hearing for May 5, 2023 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  April 5, 2023



JON S. TIGAR
United States District Judge