QUINN EMANUEL URQUHART & SULLIVAN, LLP
Dave Grable (Bar No. 237765)
davegrable@quinnemanuel.com
Mikayla Wasiri (Bar No. 333890)
mikaylawasiri@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:     (213) 443-3000
Facsimile:      (213) 443-3100

Seth Fortenbery (*pro hac vice* forthcoming)
sethfortenbery@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:     (212) 849-7000
Facsimile:      (212) 849-7100

*Attorneys for Non-party eBay Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>vs.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 4:23-mc-80074-JST<br>_____<br>Underlying Action in the United States District Court for the District of Columbia, No. 1:20-cv-03590-JEB<br><br>**NON-PARTY EBAY INC.'S NOTICE OF WITHDRAWAL OF MOTION**<br><br>Date: May 1, 2023<br>Time: 9:30 a.m.<br>Courtroom: Courtroom C – 15th Floor<br>Before the Honorable Jon S. Tigar |

1  **TO THE COURT AND PLAINTIFF AND HIS ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that non-party eBay Inc. ("eBay") hereby withdraws without prejudice its Motion to Quash Deposition Subpoenas filed on March 13, 2023 (Docket # 1) before the Honorable Jon S. Tigar,

**WITHDRAWAL OF MOTION**

eBay initiated this miscellaneous action with its Motion for Protective Order pursuant to Federal Rule of Civil Procedure 26(c)(1) or, alternatively, to Quash Subpoenas to Testify at a Deposition in a civil action (the "Subpoenas") pursuant to F.R.C.P. 45 (the "Motion"), filed on March 13, 2023.  Counsel for eBay, Meta Platforms Inc., and the Federal Trade Commission have conferred and resolved their issues, thereby mooting eBay's Motion.  Accordingly, eBay hereby withdraws its Motion.

With that, there are no remaining disputes in this miscellaneous action.

DATED: April 14, 2023

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  *David M. Grable*
David M. Grable (Bar No. 237765)
Mikayla Wasiri (Bar No. 333890)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3669 (telephone)
Email: davegrable@quinnemanuel.com
Email: mikaylawasiri@quinnemanuel.com

D. Seth Fortenbery (*pro hac vice* forthcoming)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
212-849-7494 (telephone)
Email: sethfortenbery@quinnemanuel.com
*Attorneys for eBay Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b)(1) on April 14, 2023.

DATED: April 14, 2023                    QUINN EMANUEL URQUHART & SULLIVAN, LLP

By  *Mikayla Wasiri*
Mikayla Wasiri (Bar No. 333890)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3669 (telephone)
Email: davegrable@quinnemanuel.com
Email: mikaylawasiri@quinnemanuel.com