UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS INC.,<br><br>Defendant. | Case No. 23-mc-80074-JST<br><br>**ORDER CLOSING THE CASE AND TERMINATING MOTION TO TRANSFER**<br><br>Re: ECF No. 27 |

On March 13, 2023, Non-Party eBay, Inc. initiated this action by filing a motion for protective order, or alternatively to quash subpoenas to testify in a civil action. ECF No. 1. Respondent Meta Platforms Inc. filed a motion to transfer the action to the United States District Court for the District of Columbia. ECF No. 8. The Court ordered eBay to respond to Meta Platform's motion to transfer by April 14, 2023. ECF No. 16.

Instead of filing an opposition to the motion to transfer, eBay filed a notice of withdrawal of its motion to quash subpoenas, indicating that the parties "conferred and resolved their issues, thereby mooting eBay's Motion," and "[w]ith that, there are no remaining disputes in this miscellaneous action." ECF No. 27.

Accordingly, the Clerk shall close the file and terminate Meta Platform's motion to transfer, ECF No. 8.

**IT IS SO ORDERED.**

Dated: April 19, 2023

_____
JON S. TIGAR
United States District Judge